AO 245D-CAED (Rev. 09/2011) Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA

v.

**JACK ALLEN LEARY, JR.**

(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **2:07CR00097-01**

Caro Marks, AFD
Defendant's Attorney

**THE DEFENDANT:**

[✔]   admitted guilt to violation of charge(s) June 1, 2012  as alleged in the violation petition filed on April 24, 2012 .

[ ]   was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| One | New law violation | April 10, 2012 |

The court:  [X] revokes:  [] modifies:  [] continues under same conditions of supervision heretofore ordered on September 21, 2007 .

The defendant is sentenced as provided in this 2-page judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[]   Charge(s) _ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

June 22, 2012
Date of Imposition of Sentence

  /s/ Edward J. Garcia

EDWARD J. GARCIA, SR. U. S.DISTRICT JUDGE
Name & Title of Judicial Officer

June 27   , 2012
Date

AO 245D-CAED (Rev. 09/2011) Sheet 1 - Judgment in a Criminal Case for Revocation

CASE NUMBER:  2:07CR00097-01                                    Judgment - Page 2  of  2
DEFENDANT: JACK ALLEN LEARY, JR.

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of SIX (6) months with no term of supervised release to follow .

[ ]      The court makes the following recommendations to the Bureau of Prisons:

[ ]      The defendant is remanded to the custody of the United States Marshal.

[ ]      The defendant shall surrender to the United States Marshal for this district.
         [ ] at ___ on ___.
         [ ] as notified by the United States Marshal.

[ ]      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
         [ ] before _ on ___.
         [ ] as notified by the United States Marshal.
         [ ] as notified by the Probation or Pretrial Services Officer.
         If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL


By _____
          Deputy U.S. Marshal